IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| QIANG WEI | § | |
| | § | |
| Plaintiff, | § | SA12CA0872 FB |
| | § | |
| vs. | § | CIVIL ACTION NO. _____ |
| | § | |
| SOUTHWEST RESEARCH | § | JURY TRIAL DEMANDED |
| INSTITUTE | § | |
| | § | |
| | § | |
| Defendant. | § | |
| | § | |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Rules, Plaintiff, Qiang Wei, files the following Certificate of Interested Persons and states that to his knowledge, only the following persons and/or entities have a financial interest in the outcome of this case:

Plaintiff: Qiang Wei

Attorneys for Plaintiff: Caleb Moore
Edith K. Thomas
LAW OFFICE OF CALEB MOORE, PLLC

Glen Mangum
Law Offices of Glen D. Mangum
924 Camaron
San Antonio, Texas 78212-5111

Defendant: Southwest Research Institute

September 19, 2012        Respectfully submitted,

            LAW OFFICE OF CALEB MOORE, P.C.
              2205 Martin Dr.
              Suite 200
              Bedford, Texas 76021
              Phone: (817)953-2420
              Fax: (817)953-2540

            By: _____
              Caleb I. Moore
              calebmoore@live.com
              Texas Bar No. 24067779
              Edith K. Thomas
              Texas Bar No. 24060717
              ethomas@thedfwlawfirm.com

            LEAD COUNSEL FOR PLAINTIFF


            Law Offices of Glen D. Mangum
            924 Camaron
            San Antonio, Texas 78212-5111
            Phone: (210) 227-3666
            Fax: (210) 320-3445

            By: _____
              GLEN D. MANGUM
              Texas Bar No. 12903700
              gmangum@sbcglobal.net

            LOCAL COUNSEL FOR PLAINTIFF