IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

MAR 2 7 2015

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY

| | |
|---|---|
| QIANG WEI, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:12-CV-00872-RCL |
| § | |
| SOUTHWEST RESEARCH INSTITUTE, § | |
| § | |
| Defendant. § | |

# VERDICT FORM

## QUESTION NO. 1

Has Plaintiff Wei proved that he would not have been terminated in the absence of—in other words, but for—his race?

    Answer "Yes" or "No"

    Answer: __No__

## QUESTION NO. 2

Has Plaintiff Wei proved that he would not have been terminated in the absence of—in other words, but for—his national origin?

    Answer "Yes" or "No"

    Answer: __No__

## QUESTION NO. 3

Do you find that a reasonable person would, under the circumstances, believe that Plaintiff Wei made a complaint of race discrimination to Defendant SwRI?

    Answer "Yes" or "No"

    Answer: __No__

## QUESTION NO. 4

Do you find that a reasonable person would, under the circumstances, believe that Plaintiff Wei made a complaint of national origin discrimination to Defendant SwRI?

      Answer "Yes" or "No"

      Answer: __Yes__

## QUESTION NO. 5

      **If you answered "Yes" to Question Nos. 3 or 4, then answer Question No. 5.**

Do you find that Plaintiff Wei would not have been terminated but for his complaints of race or national origin discrimination?

      Answer "Yes" or "No"

      Answer: __No__

## QUESTION NO. 6

      **If you answered "Yes" to Question Nos. 1, 2 or 5, then answer Question No. 6.**

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Wei for the damages, if any, you have found Defendant SwRI caused Plaintiff Wei?

      Answer in dollars and cents for the following items:

      Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

      $_____

      Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

      $_____

      Wages and benefits from August 22, 2011 to the date of your verdict.

      $_____

QUESTION NO. 7

**If you answered Question No. 6 and entered any amount of money greater than zero dollars ($0.00) in the blank for wages and benefits, then answer Question No. 7.**

Do you find that Plaintiff Wei failed to reduce his damages through the exercise of reasonable diligence in seeking, obtaining, and maintaining substantially equivalent employment after the date of his termination?

Answer "Yes" or "No."

Answer:_____


QUESTION NO. 8

**If you answered "Yes" to Question No. 7, then answer Question No. 8.**

How much would Plaintiff Wei have earned had he exercised reasonable diligence under the circumstances to minimize his damages?

Answer in dollars and cents, if any.

$_____


QUESTION NO. 9

**If you answered "Yes" to Question Nos. 1, 2 or 5 and entered any amount of money greater than zero dollars ($0.00) in the blank for wages and benefits in Question No. 6, then answer Question No. 9.**

Do you find that Plaintiff Wei should be awarded punitive damages?

Answer "Yes" or "No."

Answer:_____

## QUESTION NO. 10

**If you answered "Yes" to Question No. 9, then answer Question No. 10.**

What sum of money should be assessed against Defendant SwRI as punitive damages?

Answer in dollars and cents:

$_____

___3/27/15_____        _____
Date                      Jury Foreperson